IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eduardo Alzate, et al., | No. CV-13-02129-PHX-BSB |
| Plaintiffs, | **ORDER** |
| v. | |
| Creative Man Painting LLC, et al., | |
| Defendants. | |

This matter is before the Court on "Defendants' Unopposed Motion for Approval of Settlement Agreement," filed under seal. (Doc. 57.) Defendants have attached a copy of the proposed settlement agreement for the Court's review. The parties jointly seek the Court's approval of the proposed settlement agreement.

Plaintiffs' complaint alleges nonpayment of overtime pursuant to the Fair Labor Standards Act (FLSA), and claims for FLSA retaliation and wrongful discharge under the Arizona Employment Protection Act. Defendants dispute Plaintiffs' allegations. The parties assert that the proposed settlement agreement represents a fair and reasonable compromise of the complex and disputed issues in this case.

The Court has reviewed the proposed settlement agreement and finds that it fairly and reasonably resolves the parties' dispute. Defendants contest liability and there are genuine legal and factual disputes between the parties. There is also no evidence of collusion or overreaching by counsel or the parties. Additionally, Plaintiffs consent to the settlement of this action on the proposed terms.

Accordingly,

**IT IS ORDERED** that the "Defendants' Unopposed Motion for Approval of Settlement Agreement" (Doc. 57) is **GRANTED** and the proposed settlement agreement is approved.

**IT IS FURTHER ORDERED** that Plaintiffs' counsel may file a petition for attorneys' fees and costs, within fourteen days of the date of this Order, pursuant to LRCiv. 54.1 and 54.2

**IT IS FURTHER ORDERED** that after the Court rules on the petition for attorneys' fees and costs, the parties shall file a motion to dismiss with prejudice.

Dated this 20th day of October, 2014.

_____
Bridget S. Bade
United States Magistrate Judge